1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 MARGARETTE K. DiFIORE,                      Case No.:  2:12-CV-02005-RCJ-CWH
   an individual;

10                              Plaintiff,

            v.                               **ORDER**

11

   CAROLYN W. COLVIN, Acting

12 Commissioner of Social Security,

13                              Defendant.

14

15        Before the Court is the Report and Recommendation (#14) entered on May 21, 2013.  Plaintiff

16 filed her Objections to Report and Recommendations and Motion for Enlargement of Time in Which

17 to Respond to "Order Reviewing Social Security Cases" (#15) on June 7, 2013.

18        The Court has conducted it's *de novo* review in this case, has fully considered the objections of

19 the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant

20  to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in

21 whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b).

22 The Court determines that the Magistrate Judge's Report and Recommendation (#14) entered on May

23 21, 2013 is adopted and accepted.

24 ///

25 ///

26 ///

27 ///

28 ///

IT IS HEREBY ORDERED that Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Motions (#16, 17 & 18) are DENIED as MOOT.

IT IS SO ORDERED.

Dated: This 10TH day of July, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE